UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAROLYN LYNN, individually and on behalf of all others similarly situated,　　　　Plaintiffs,<br><br>v.<br><br>ARTHUR F. HELF, H. LAMAR COX, MICHAEL R. SAPP, FRANK PEREZ and TENNESSEE COMMERCE BANCORP, INC. and KraftCPAs PLLC,<br><br>　　　　Defendants. | Case No. 3:12-CV-01137<br><br>CLASS ACTION<br><br>Judge Todd J. Campbell |

### LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

Lead Plaintiff, Grand Slam Capital Master Fund, Ltd., respectfully moves this Court pursuant to Federal Rule of Civil Procedure 23 for an Order preliminarily approving the Stipulation of Settlement dated December 1, 2014, approving the form and manner of notice to the Settlement Class; and scheduling a final hearing date.

This motion is based upon the accompanying Lead Plaintiff's Memorandum of Law in Support of Unopposed Motion for Preliminary Approval of Settlement, the Stipulation of Settlement and supporting exhibits, the papers and filings on record in this matter and such additional evidence or argument as may be presented at the hearing, should the Court deem a hearing necessary.

DATED: December 1, 2014	Respectfully submitted,

/s/ Timothy L. Miles
TIMOTHY L. MILES, #21605
DOUGLAS S. JOHNSTON, Jr., #5782
**BARRETT JOHNSTON MARTIN & GARRISON, LLC**
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

*Local Counsel*

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
GREGORY M. NESPOLE
PETER C. HARRAR
PATRICK MORAN
270 Madison Avenue
New York, New York 10016
Telephone: (212) 545-4600
Facsimile: (212) 545-4653

*Lead Counsel*

**THE ROSEN LAW FIRM, P.A.**
LAURENCE M. ROSEN
PHILLIP KIM
275 Madison Avenue, 34th Floor
New York, NY 10016
Telephone: (212) 686-1060

*Of Counsel*

2

# CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of December, 2014, the foregoing LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

| | |
|---|---|
| Laurence M. Rosen<br>Phillip Kim<br>**THE ROSEN LAW FIRM, P.A.**<br>275 Madison Avenue<br>34th Floor<br>New York, NY 10016<br>Telephone: (212) 686-1060<br>lrosen@rosenlegal.com<br>pkim@rosenlegal.com | John R. Jacobson<br>Milton S. McGee, III<br>**RILEY, WARNOCK & JACOBSON**<br>1906 West End Avenue<br>Nashville, TN 37203<br>Telephone: (615) 320-3700<br>jjacobson@rwjplc.com<br>tmcgee@rwjplc.com |
| Paul Kent Bramlett<br>Robert P. Bramlett<br>**BRAMLETT LAW OFFICES**<br>P O Box 150734<br>Nashville, TN 37215<br>Telephone: (615) 248-2828<br>pknashlaw@aol.com<br>robert@bramlettlawoffices.com | L. Gino Marchetti<br>**TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC**<br>2908 Poston Avenue<br>Nashville, TN 37203-1312<br>Telephone: (615) 320-3225<br>gmarchetti@tpmblaw.com |
| Darren M. Welch<br>Joseph L. Barloon<br>**SKADDEN, ARPS, SLATE, MEAGHER    & FLOM, LLP**<br>1400 New York Avenue, NW<br>Washington, DC 20005<br>Telephone: (202) 371-7000<br>darren.welch@skadden.com<br>joseph.barloon@skadden.com | Benjamin Lee<br>Michael R. Smith<br>Bethany M. Rezek<br>**KING & SPALDING, LLP**<br>1180 Peachtree Street, N.E.<br>Atlanta, GA 30309-3521<br>Telephone: (404) 572-4600<br>mrsmith@kslaw.com<br>brezek@kslaw.com |
| Charles W. McElroy<br>**WHITE & REASOR, PLC**<br>One American Center<br>3100 West End Ave., Suite 1100<br>Nashville, TN 37203<br>Telephone: (615) 383-3345<br>mcelroy@whitereasor.com | Overton Thompson, III<br>Shayne R. Clinton<br>**BASS, BERRY & SIMS PLC**<br>150 Third Avenue South, Suite 800<br>Nashville, TN 37201<br>Telephone: (615) 742-6200<br>othompson@bassberry.com<br>sclinton@bassberry.com |

/s/ Timothy L. Miles
TIMOTHY L. MILES, #21605