UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAROLYN LYNN, individually and on behalf of all others similarly situated, ) ) ) Plaintiffs, ) ) v. ) ) ARTHUR F. HELF, H. LAMAR COX, ) MICHAEL R. SAPP, FRANK PEREZ and ) TENNESSEE COMMERCE BANCORP, ) INC. and KraftCPAs PLLC, ) ) Defendants. ) ) | Case No. 3:12-CV-01137<br><br>CLASS ACTION<br><br>Judge Todd J. Campbell |

## LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT

Lead Plaintiff Grand Slam Capital Master Fund, Ltd. respectfully moves this Court pursuant to the Court's December 3, 2014 Order Preliminarily Approving Settlement and Providing For Notice (the "Preliminary Approval Order") (Dkt. No. 101) and Federal Rule of Civil Procedure 23 for an Order finally approving the proposed settlement of the above captioned caption as to defendants Arthur F. Helf, H. Lamar Cox, Michael R. Sapp, Frank Perez and Tennessee Commerce Bancorp, Inc., including the Plan of Allocation set forth in the Notice of Pendency of Proposed Settlement of Class Action disseminated to settlement class members pursuant to the Preliminary Approval Order.

This motion is based upon the accompanying Lead Plaintiff's Memorandum of Law in

Support of Motion for Final Approval of Settlement, the Declaration of Peter C. Harrar In Support of Motion For Final Approval of Settlement and Application of Lead Counsel For Award of Attorney's Fees and Reimbursement of Expenses, the Affidavit of Jose C. Fraga Regarding Mailing of the Notice and Proof of Claim Form and Publication of the Summary Notice, papers and filings on record in this matter and such additional evidence or argument as may be presented at the hearing scheduled for March 20, 2015.

DATED: January 12, 2015

Respectfully submitted,

/s/ Timothy L. Miles
TIMOTHY L. MILES, #21605
DOUGLAS S. JOHNSTON, Jr., #5782
**BARRETT JOHNSTON MARTIN & GARRISON, LLC**
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

*Local Counsel*

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
GREGORY M. NESPOLE
PETER C. HARRAR
270 Madison Avenue
New York, New York 10016
Telephone: (212) 545-4600
Facsimile: (212) 545-4653

*Lead Counsel*

**THE ROSEN LAW FIRM, P.A.**
LAURENCE M. ROSEN
PHILLIP KIM
275 Madison Avenue, 34th Floor
New York, NY 10016

2

Telephone: (212) 686-1060

*Of Counsel*

# CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of January, 2015, the foregoing LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

| | |
|---|---|
| Laurence M. Rosen<br>Phillip Kim<br>**THE ROSEN LAW FIRM, P.A.**<br>275 Madison Avenue<br>34th Floor<br>New York, NY 10016<br>Telephone: (212) 686-1060<br>lrosen@rosenlegal.com<br>pkim@rosenlegal.com | John R. Jacobson<br>Milton S. McGee, III<br>**RILEY, WARNOCK & JACOBSON**<br>1906 West End Avenue<br>Nashville, TN 37203<br>Telephone: (615) 320-3700<br>jjacobson@rwjplc.com<br>tmcgee@rwjplc.com |
| Paul Kent Bramlett<br>Robert P. Bramlett<br>**BRAMLETT LAW OFFICES**<br>P O Box 150734<br>Nashville, TN 37215<br>Telephone: (615) 248-2828<br>pknashlaw@aol.com<br>robert@bramlettlawoffices.com | L. Gino Marchetti<br>**TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC**<br>2908 Poston Avenue<br>Nashville, TN 37203-1312<br>Telephone: (615) 320-3225<br>gmarchetti@tpmblaw.com |
| Darren M. Welch<br>Joseph L. Barloon<br>**SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP**<br>1400 New York Avenue, NW<br>Washington, DC 20005<br>Telephone: (202) 371-7000darren.welch@skadden.com<br>joseph.barloon@skadden.com | Benjamin Lee<br>Michael R. Smith<br>Bethany M. Rezek<br>**KING & SPALDING, LLP**<br>1180 Peachtree Street, N.E.<br>Atlanta, GA 30309-3521<br>Telephone: (404) 572-4600<br>mrsmith@kslaw.com<br>brezek@kslaw.com |
| Charles W. McElroy<br>**WHITE & REASOR, PLC**<br>One American Center<br>3100 West End Ave., Suite 1100<br>Nashville, TN 37203<br>Telephone: (615) 383-3345<br>mcelroy@whitereasor.com | Overton Thompson, III<br>Shayne R. Clinton<br>**BASS, BERRY & SIMS PLC**<br>150 Third Avenue South, Suite 800<br>Nashville, TN 37201<br>Telephone: (615) 742-6200<br>othompson@bassberry.com<br>sclinton@bassberry.com |

/s/ Timothy L. Miles
TIMOTHY L. MILES, #21605